**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY FORMALLY KNOWN AS USF INSURANCE COMPANY, A MICHIGAN CORPORATION,<br><br>       PLAINTIFF,<br><br>      V.<br><br>NORTH BAY WATERPROOFING, INC., A CALIFORNIA CORPORATION; DOUGLAS ROSS CORPORATION, INC., A CALIFORNIA CORPORATION,<br><br>      DEFENDANTS. | ) CASE NO:  CV 14-4056-RMW<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DOUGLAS ROSS CORPORATION'S**<br>) **MOTION TO SET ASIDE DEFAULT**<br>) **AND/OR DEFAULT JUDGMENT**<br>)<br>) **[FRCP 55 (C) AND 60(B)]**<br>)<br>) **DATE:  JANUARY 30, 2015**<br>) **DEPT.:  COURTROOM 6**<br>)<br>)<br>)<br>)<br>)<br>) |

1   The Motion of Defendant Douglas Ross Corporation ("DRC") to Set Aside Default

2   and/or Default Judgment came on regularly for hearing on January 30, 2015 at 9:00 a.m.

3   in Courtroom 6 of the above-entitled Court, located at the San Jose Courthouse, 280

4   South 1st Street, San Jose, California, with Eileen Ridley having appeared on behalf of

5   DRC and Andrew King having appeared on behalf of Plaintiff Atain Specialty Insurance

6   Company.  The Court, having considered the pleadings in this matter, and all papers

7   submitted in support of, and in opposition to, said Motion to Set Aside Default and/or

8   Default Judgment, and good cause appearing therefore, orders as follows:

9       **IT IS HEREBY ORDERED that**

10      Defendant DRC's Motion to Set Aside Default and/or Default Judgment is

11  **GRANTED** in its entirety.  The entry of default by the clerk shall be set aside, and there

12  shall be no entry of default judgment against Defendant DRC.  Accordingly, Plaintiff,

13  ATAIN SPECIALTY INSURANCE COMPANY's, Motion for Default Judgment is

14  hereby DENIED.

15

16

17  DATE: _____, 2015       BY: _____
                                            HON. RONALD M. WHYTE
18                                          United States District Court Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION TO SET ASIDE DEFAULT
CASE NO. CV 14-4056 RMW

4848-7677-0081.2