**FILED**

UNITED STATES COURT OF APPEALS

JUN 10 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation, FKA USF Insurance Company,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>DOUGLAS ROSS CONSTRUCTION, INC., a California corporation,<br><br>      Defendant - Appellant,<br><br>And<br><br>NORTH BAY WATERPROOFING, INC.,<br><br>      Defendant. | No. 15-15380<br><br>D.C. No. 5:14-cv-04056-RMW Northern District of California, San Jose<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation